FILED

08/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0276

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA-22-0276

_____

IN THE MATTER OF THE ESTATE OF COLLEEN JOHNSON COOK a/k/a
COLLEEN PHILLIPS, Deceased,

      Appellant.

_____

## ORDER DISMISSING APPEAL

_____

On Appeal from the Supreme Court of the State of Montana,
Cause No. DA 22-0276

Honorable Bowen Greenwood

_____

Nicholas J. Lofing
Marisa L. Heiling
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
njlofing@garlington.com
mlheiling@garlington.com

*Attorneys for Appellant*

The Court received notice that the parties have reached a settlement in the above captioned case.

Therefore, it is hereby ordered that the appeal be dismissed with prejudice.

ELECTRONICALLY SIGNED AND DATED BELOW.

_____

4877-5277-0603

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 11 2022